**Sylvia AVANT, et al., Respondents,**

v.

**George L. JODOIN and American States Insurance Company, Inc., Appellants.**

**No. WD 49902.**

Missouri Court of Appeals, Western District.

July 25, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1995.

Andrew J. Gelbach, Warrensburg, for respondents.

James P. Barton, Jr., Kansas City, for appellant American States.

Robert G. Russell, Sedalia, for appellant Jodoin.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

***ORDER***

PER CURIAM.

The appellant seeks to set aside and vacate a default judgment entered against it as an

insurer on a homeowners' policy. The judgment is affirmed, Rule 84.16(b).